# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02427-WJM-KMT

Erin Cutts,

    Plaintiff,

Harris & Harris, Ltd.,

    Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 11, 2019

                                            Respectfully submitted,

                                            By: __*/s/ Sergei Lemberg*_____

                                            Sergei Lemberg, Esq.
                                            CT Bar No.: 425027
                                            LEMBERG LAW LLC
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            E-mail: slemberg@lemberglaw.com
                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 11, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By  */s/ Sergei Lemberg*
                   Sergei Lemberg, Esq.