## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02427-WJM-KMT

Erin Cutts,

      Plaintiff,

Harris & Harris, Ltd.,

      Defendant.

---

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

---

Erin Cutts ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 11, 2019

Respectfully submitted,

By  */s/ Sergei Lemberg*

Sergei Lemberg, Esq.
CT Bar No.: 425027
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: slemberg@lemberglaw.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2019, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*

Sergei Lemberg, Esq.